# United States Bankruptcy Court
## Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

Monday, April 4, 2011                                       Hearing Room 301

1:31 pm

6:11-15452    Michael Raymond Guiles and Stephanie Hutchins Guiles      Chapter 13

#33.00           Confirmation of Chapter 13 Plan

                                          Docket #:

**Matter Notes:**

     PRESENT:                                   , for Rod Danielson, Trustee

                                               , for Debtor

                                               , for

(✓) Confirmed per trustee's recommendation - Plan provisions: % to pay _____

                                      Duration: _____

                                      Payment $ _____

( ) Objection to plan: ( ) Withdrawn ( ) Sustained ( ) Overruled

( ) **Case Dismissed:**

     ( ) without prejudice    ( ) Under 109(g)

[ ] CLERK'S BNC ORDER DISMISSING ON_____
[ ] New case may be filed before dismissal is entered.

( )   Conversion to chapter 7 in 10 days or dismiss

( )   Continued to _____ at _____ pm

( )   Off calendar

( )   Other

**Judge:**

     EH_____